IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos. **01-cv-2444-JLK-CBS**

**ERICH L. KAITER**

      Plaintiff,

v.

**USA CYCLING, INC., UNITED STATES CYCLING FEDERATION, INC., RENE VENZEL OLESEN (also known as RENE WENZEL), and ANGUS FRASER,**

      Defendants.

_____

## ORDER OF DISMISSAL
_____

KANE, J.

      Upon consideration of the Stipulated Motion to Dismiss on October 19, 2006 (doc. #72), filed October 12, 2006, it is

      ORDERED that the Motion is GRANTED.  This case is dismissed, *nunc pro tunc* to October 19, 2006.  The parties shall bear their own costs and attorney fees.

      Dated this 23rd day of October, 2006.

      BY THE COURT:

      s/John L. Kane
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT